Dismissed and Memorandum Opinion filed February 3, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00409-CR

____________

 

JON KEVIN FITZGERALD, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 262nd District Court

Harris County, Texas

Trial Court Cause No. 1194197

 



 

MEMORANDUM
 OPINION

A jury convicted appellant of official oppression.  On April
28, 2010, the trial court sentenced appellant to confinement for one year in
the Harris County Jail.  Appellant filed a timely notice of appeal.  

On November 4, 2010, this Court ordered a hearing to
determine why appellant had not filed a brief in this appeal.  See Tex.
R. App. P. 38.8(b).  On January 21, 2011, the trial court conducted the
hearing.  The record of the hearing was filed in this court on January 24,
2011.  

At the hearing, appellant testified that he no longer wished
to pursue his appeal and asked that his notice of appeal be withdrawn.  See Tex.
R. App. P. 42.2.  For good cause, we consider appellant’s request made on the
record at the hearing below without requiring appellant to file a written
motion.  See Tex. R. App. P. 2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Seymore and McCally.

Do Not Publish C Tex. R. App. P. 47.2(b).